RICHES v. DREW et al

Doc. 1

LP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 07-5277

v.

Lori Drew, Curt Drew, Waterford Crystal Drive, Dardenne Prairie Missouri, Jim Briscoe,
Defendants

## Complaint

Internet Harassment / Slander / False Identity / TRO Restraining Order

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, under 42 USC 1983 and a TRO. Numerous times during 2006 and 2007 defendants have been sending me Pen pal mail under a female named Ashley, playing with my emotions, and promising to help me with my Appeal. Defendant's are violating my 6th amendment rights under Booker and FanFan. I was enhanced millions of dollars not proven by a Jury, then put in a medium Facility with violent criminals at FCI Williamsburg. I'm subjected to Afro Americans yelling Anti-white remarks. Defendants send me letters telling me to hang myself. They make fun of my Jewish religion. They are putting me in solitary confinement. I seek a restraining order compelling defendants to stop sending me fake letters. I also seek 5 million for pain and suffering.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©

Dockets.Justia.com